IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN THE MATTER OF EXEMPTION FROM THE ELECTRONIC PUBLIC ACCESS FEES AS TO ASSISTANT PROFESSOR ALEXANDER ZENTEFIS | 23-MC-8000 |

## PACER FEE EXEMPTION ORDER

This matter is before the Court upon the application and request by Assistant Professor Alexander Zentefis for exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts.

The Court finds that because Assistant Professor Zentefis is researching the language patterns used among prosecutors, defense counsel, and defendants to influence sentencing, he falls within the class of users listed in the fee schedule as being eligible for a fee exemption.  Moreover, Assistant Professor Zentefis has demonstrated that an exemption is necessary to avoid unreasonable burdens and to promote public access to information.  Accordingly, Assistant Professor Zentefis shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this Court, to the extent such use is incurred while working on the project outlined above.

Assistant Professor Zentefis is *not* exempt from the payment of fees incurred in connection with other uses of the PACER system in this Court. Additionally, the following limitations apply:

1. This fee exemption applies only to Assistant Professor Zentefis and is valid only for the purposes stated above;

2. This fee exemption applies only to the electronic case files of this Court that are available through the PACER system;

3. By accepting this exemption, Assistant Professor Zentefis agrees not to sell for profit any data obtained as a result of receiving this exemption;

4. Assistant Professor Zentefis is prohibited from transferring any data obtained as a result of receiving this exemption, including redistribution via internet-based databases; and

5. This exemption is valid from the date of this Order through July 27, 2024.

This exemption may be revoked at the discretion of the Court at any time. A copy of this Order shall be sent to the PACER Service Center.

IT IS SO ORDERED.

DATED: August 23, 2023 at Honolulu, Hawaii.



/s/ Derrick K. Watson
Derrick K. Watson
Chief United States District Judge

*In The Matter of Exemption From The Electronic Public Access Fees As To Assistant Professor Alexander Zentefis;* MC 23-8000; **PACER FEE EXEMPTION ORDER**